UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD BRANDON HUBBARD,<br><br>Defendant. | Criminal Action No. 6:17-CR-051-CHB-HAI-2<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge J. Gregory Wehrman [R. 199]. The Report and Recommendation addresses whether Defendant is competent to proceed to trial pursuant to 18 U.S.C. § 4241 and 4247(d).

After reviewing the competency evaluation by Dr. Chad Tillbrook, Ph.D. [R. 190] and conducting a hearing, Magistrate Judge Wehrman concluded, in accordance with the competency evaluation, that there was "no evidence which tends to show that Defendant is not competent." [R. 199 at p. 7]. The Government and the defendant both stipulated to the admission of the report and also to the findings contained therein. *Id.* at p. 1. The Magistrate Judge recommended that the undersigned find the defendant is competent to face further proceedings, including trial, in this matter. *Id.* at p. 7.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151

- 1 -

(1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Judge Wehrman's Report and Recommendation advised the parties that any objections must be filed within fourteen (14) days. [R. 199 at p. 7]  The time to file objections has passed, and neither party has filed any objections to the Report and Recommendation nor sought an extension of time to do so. *See id.*; Fed. R. Crim P. 59(b).  Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [**R. 199**] is **ADOPTED** as the opinion of this Court.

2. The Court **FINDS** that **Defendant Ronald Brandon Hubbard** is competent to face further proceedings in this matter.

This the 16th day of October, 2018.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY